IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLIS LORENZO LOCKETT,<br><br>    Petitioner,<br><br>v.<br><br>RALF DIAZ,<br><br>    Respondent. | No. C 12-4781 LHK (PR)<br><br>ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE IN FORMA PAUPERIS APPLICATION<br><br>(Docket No. 4) |

On September 12, 2012, Petitioner, a state prisoner proceeding *pro se*, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. That same day, the Court sent a notification to Petitioner, informing him that he did not pay the filing fee, nor did he file a completed application to proceed in forma pauperis ("IFP"). The Court also informed Petitioner that he had thirty days in which to submit a complete IFP application. (Doc. No. 3.) Petitioner filed a letter requesting an extension of time to file a complete IFP application. (Doc. No. 4.) Petitioner's request for extension of time to file a complete IFP application is **GRANTED**. Petitioner's IFP application filed October 22, 2012 is deemed timely.

This order terminates docket number 4.

IT IS SO ORDERED.

DATED: 10/31/12

                                       LUCY H. KOH
                                       United States District Judge