1
2
3
4
5
6
7
8                        IN THE UNITED STATES DISTRICT COURT

9                     FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   ELLIS LORENZO LOCKETT,              )        No. C 12-4781 LHK (PR)
                                         )
12                         Petitioner,   )        ORDER OF TRANSFER
                                         )
13        vs.                            )
                                         )
14                                       )
     RALF DIAZ,                          )
15                                       )
                           Respondent.   )
16   _____    )

17          Petitioner, a state prisoner at Substance Abuse Treatment Facility, in Corcoran,

18   California, seeks federal habeas review of the execution of his state sentence.  Specifically, he is

19   challenging a decision made by the Board of Parole Hearings.  Venue is proper in a habeas

20   action in either the district of conviction or the district of confinement.  28 U.S.C. § 2241(d).

21   But the district of confinement is the preferable forum to review the execution of a sentence.  *See*

22   Habeas L.R. 2254-3(a); *Dunne v. Henman*, 875 F.2d 244, 249 (9th Cir. 1989).  Because

23   Substance Abuse Treatment Facility lies in the Eastern District of California, the Court orders

24   that, pursuant to 28 U.S.C. § 1404(a) and Habeas Local Rule 2254-3(b), and in the interest of

25   justice, this petition be transferred to the United States District Court for the Eastern District of

26   California.

27          Accordingly, this case is TRANSFERRED to the United States District Court for the

28   Eastern District of California, the district in which Petitioner is currently confined.  *See* 28

1   U.S.C. § 1404(a); Habeas L.R. 2254-3(b)(1).  The Clerk shall terminate any pending motions

2   and transfer the entire file to the Eastern District of California.

3          IT IS SO ORDERED.

4   DATED:  ___11/6/12_____                    _____

5                                                 LUCY H. KOH
                                                  United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28